**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

      A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed.  The time for filing an opposition or statement of support has passed.  As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me.  Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

**C 06-06700 WHA**     **Microsoft Corporation v. Mazek**

**C 06-06701 SI**     **Microsoft Corporation v. Coppola**

      **I find that the above case is related to the case assigned to me.  __WHA__**


**C 06-06704 RMW**     **Microsoft Corporation v. Nguyen**

      **I find that the above case is related to the case assigned to me.  ___WHA___**


**C 06-06707 CW**     **Microsoft Corporation v. E&M Internet Bookstore Inc. Et al**

      **I find that the above case is related to the case assigned to me.  ___WHA___**


**C 06-06708 MJJ**     **Microsoft Corporation v. Bassik**

      **I find that the above case is related to the case assigned to me.  ___WHA___**


**C 06-06710 JF**     **Microsoft Corporation v. Sofsky et al**

      **I find that the above case is related to the case assigned to me.  __WHA___**


**C 06-06712 JF**     **Microsoft Corporation v. Ricketts**

      **I find that the above case is related to the case assigned to me.  __WHA___**

**C 06-06713 SI**         **Microsoft Corporation v. Gilbey**

      **I find that the above case is related to the case assigned to me. ___WHA___**


**C 06-06714 MJJ**         **Microsoft Corporation v. Ciet Systems, Inc. Et al**

      **I find that the above case is related to the case assigned to me. ___WHA___**


**C 06-06715 JSW**         **Microsoft Corporation v. Anaraki**

      **I find that the above case is related to the case assigned to me. ___WHA____**


**C 06-06716 MHP**         **Microsoft Corporation -v- Aliaksandr Vasileuski**

      **I find that the above case is related to the case assigned to me. __WHA___**


**C 06-06717 SI**         **Microsoft Corporation v. Crouse**

      **I find that the above case is related to the case assigned to me. __WHA___**


**C 06-06718 MJJ**         **Microsoft Corporation v. Tsunami Trading Inc et al**

      **I find that the above case is related to the case assigned to me. __WHA___**


**C 06-06719 CRB**         **Microsoft Corporation v. Wade et al**

      **I find that the above case is related to the case assigned to me. __WHA___**


**ORDER**

      Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR

Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated:  January 3, 2007

Judge William H. Alsup

## CERTIFICATE OF SERVICE

      I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

**Richard W. Wieking, Clerk**

**DATED:   January 8, 2007**          **By:** _____
                                                                   **Deputy Clerk**

Copies to:  Courtroom Deputies
                Case Systems Administrators
                Counsel of Record
Entered into Assignment Program: _____(date)