Rachel R. Davidson, (State Bar No. 215517)
KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
55 Second Street, Suite 1700
San Francisco, California 94105-3493
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

David A. Bateman (pro hac vice)
Shaakirrah R. Sanders (pro hac vice)
KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: (206) 623-7580
Facsimile: (206) 370-6110

Attorneys for Plaintiff
Microsoft Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE MAZEK d/b/a CHRIS4PL, GURO-1, JURMAZ and MAUZER-1,<br><br>Defendant. | Case No. C 06-06700 WHA<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

It is hereby stipulated by and between Plaintiff Microsoft Corporation and Defendant George Mazek through their designated counsel of record, that the Complaint for Willful Copyright Infringement in Violation of 15 U.S.C. §§ 501, *et seq.*, Willful Trademark Infringement in Violation of 15 U.S.C. §§ 1114 *et seq.*, False Designation of Origin In Violation of 15 U.S.C. §§ 1125 *et seq.*, Constructive Trust, and Accounting in the above-entitled action be and hereby is dismissed with prejudice, in its entirety pursuant to Rule 41 of the Federal Rules of Civil Procedure, including all claims and counterclaims against each party, and that each party shall bear its own costs and attorneys' fees.

Microsoft's attorney, by her signature below, represents and warrants that she has the consent of her client, and has discussed this Stipulation and Order for Voluntary Dismissal with Prejudice with it, and has the authority to bind her client. Defendant George Mazek represents and warrants that he has reviewed the Stipulation and Order for Voluntary Dismissal with Prejudice and consents to its entry.

DATED: March 19, 2007                KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP


By /s/ Rachel R. Davidson
    Rachel R. Davidson
    Attorney for Microsoft Corporation


DATED: March 19, 2007

By /s/ George Mazek
    George Mazek
    Defendant

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

DATED this 27 day of March, 2007.

_____
The Honorable William H. Alsup
United States District Judge

*IT IS SO ORDERED*
*Judge William Alsup*